United States District Court
Southern District of Texas
**ENTERED**
February 23, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| **JUAN DAVID IXCOLIN MACHIC,** § § | |
| Petitioner, § § | |
| VS. § | CIVIL ACTION NO. 5:26-CV-00174 |
| **KRISTI NOEM,** *et al.*, § § | |
| Respondents. § | |

## ORDER

Pending before the Court is Petitioner Juan David Ixcolin Machic's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, (Dkt. 1), challenging the lawfulness of his detention by Immigration and Customs Enforcement (ICE) officials with the Department of Homeland Security (DHS).

In order to appropriately decide Petitioner's claims before the Court, the Parties are hereby **ORDERD** to file an advisory on or before **February 25, 2026**, addressing the following:

1. Whether Petitioner remains in ICE custody;

2. Whether Petitioner's removal proceedings remain ongoing; and

3. Whether, if Petitioner has already been ordered removed, Petitioner has reserved appeal to the Board of Immigration Appeals (BIA) or has a BIA appeal currently pending.

IT IS SO ORDERED.

SIGNED this February 23, 2026.

_____
Diana Saldaña
United States District Judge